**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**FELIPE FERNANDEZ,**

              **Plaintiff,**

    - against -

**BLACK OPAL, LLC,**

              **Defendant.**

**24-cv-7243 (JGK)**

**ORDER**

---

**JOHN G. KOELTL, District Judge:**

The parties are directed to discuss settlement and provide

an update to the Court by **November 26, 2024.** Failure to notify

the Court by that date may result in dismissal without

prejudice. The time to answer is stayed.

**SO ORDERED.**

**Dated:**    **New York, New York**
          **September 26, 2024**

                                 **John G. Koeltl**
                         **United States District Judge**