UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FELIPE FERNANDEZ,

              Plaintiff,          24-cv-7243 (JGK)

  - against -                ORDER

BLACK OPAL LLC,

              Defendant.

---

JOHN G. KOELTL, District Judge:

The Court, via order dated September 26, 2024, having directed the parties to discuss settlement or provide an update to the Court by November 26, 2024, and,

Having advised the parties that failure to notify the Court by November 26, 204 may result in dismissal of the action without prejudice, the time to advise the Court as to the status of the matter is adjourned to January 10, 2025; the time to serve the summons is also adjourned to January 10, 2025. If the summons is not served by January 10, 2025, the case will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.
Dated:    New York, New York
            December 12, 2024

                                            John G. Koeltl
                                       United States District Judge